ACCEPTED
011400968CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 12:00:49 AM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00968-CV

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Appellant, | § | IN THE FIRST DISTRICT |
| | § | |
| | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| LEIROI MICKELE' DANIELS,<br>Appellee. | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 12:00:49 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR REHEARING *EN BANC*

TO THE HONORABLE JUSTICES OF THIS COURT:

Comes Now, Cecilia Clinkscale, Appellant, in the above styled civil action and submits her *Motion For Rehearing En Banc* in compliance with Tex. R. App. P. 49, 49.7, 49.1, 41, and in doing so, Appellant seeks to show this Court the following:

### I.

Tuesday, June 9, 2015, this Court rendered its *Judgment* on *Appellant's Motion For Rehearing.* This *Motion* sought rehearing of this Court's Thursday, April 16, 2015, *Memorandum Opinion* which sustained this Court's dismissal of Appellant's appeal. *See* Exhibit 1.

### II.

In sustaining its dismissal, this Court sustained its Friday, January 2, 2015, *Memorandum Opinion* which fundamentally held since Appellant had not requested a hearing on *The District Clerk's Contest of Affidavit of Inability to Pay Costs of Affiant,* Judge Michael Landrum, 113th District Civil Court, determined that Appellant was not indigent. *See* Exhibit 2. This raises a point of rehearing as this Court did not specify what components of the trial court record supported the said determination. This is particularly of note since Appellant was determined indigent in the trial court. *See* trial court record. In this respect, neither the trial court nor this Court cited a record showing Appellant's *Affidavit of Indigency* as false. *See Jackson v. North Forest Independent School District,* LEXIS 591 (Tex. App.—Houston [1st District] 2012). *See also,* Exhibit 3.

### III.

Texas Courts have held that a finding of indigence on appeal is predicated on either a hearing or an affidavit. Tex. R. App. P. 20.1(h)(i)(1-4). This delineates the procedure for hearings and notices on indigence in the trial court. Appellant's trial court record does not provide evidence supporting the course delineated in aforementioned Rule.

### IV.

What is more, the *District Clerk's Motion For Extension Of Time For Hearing,* was filed in compliance

EXHIBIT 1



**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:   01-14-00968-CV

Trial court case number: 2012-58724

Trial court:             113th District Court of Harris County

     Appellant's Motion for Rehearing of our April 16, 2015 memorandum opinion is **DENIED**.

     It is so ORDERED.

Judge's signature: /s/ Harvey Brown
          X  Acting for the Court

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Date: June 9, 2015



In The

## Court of Appeals
### For The
## First District of Texas

---

NO. 01-14-00968-CV

---

CECILIA CLINKSDALE, Appellant

V.

LEIROI MICKELE DANIELS, Appellee

---

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-58724

---

## MEMORANDUM ORDER

Appellant, Cecilia Clinksdale, filed a notice of appeal from the trial court's

judgment of December 15, 2014.  Clinksdale filed an affidavit of inability to pay

**EXHIBIT 4**

### CAUSE NO. 2012-58724

| | | |
|---|---|---|
| **CECILIA CLINKSCALE** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **LEIROI MICKELE' DANIELS** | § | **113TH JUDICIAL DISTRICT** |

### DISTRICT CLERK'S MOTION FOR EXTENSION OF TIME FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, The District Clerk of Harris County, Texas, and pursuant to TEX. R. APP. P. 20.1, requests this court to allow an extension of the time allowed to hold a hearing to contest the Affiant's affidavit of inability to pay costs. In support of such motion says:

**I.**

The District Clerk's Contest of Affidavit of Inability to Pay Costs of Affiant, in the above numbered and entitled cause, was filed DECEMBER 5, 2014, within ten days of the filing of the contest. The District Clerk makes the request for the extension of time, not for delay but that justice may be done.

**II.**

The District Clerk prays to the Court, that the Court, after considering the motion and the contest on file herein, finds that it is within ten days of the filing of the contest and that the time for hearing and determining the contest should be extended for twenty days pursuant to TEX. R. APP. P. 20.1.

Respectfully submitted,

VINCE RYAN
County Attorney
TX Bar No. 99999939


By: _____
Harrison Gregg, Jr.
TX Bar No. 08429500
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5169
Facsimile: (713) 755-8848

ATTORNEY FOR CONTESTANT
CHRIS DANIEL,
HARRIS COUNTY DISTRICT CLERK

## CAUSE NO. 2012-58724

| | | |
|---|---|---|
| CECILIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| LEIROI MICKELE' DANIELS | § | 113TH JUDICIAL DISTRICT |

## ORDER FOR EXTENSION OF TIME

BE IT REMEMBERED that the District Clerk's Contest of Affidavit of Inability to Pay Costs of Affiant, in the above numbered and entitled cause, was filed DECEMBER 5, 2014. The Court, after considering the contest on file herein, finds that it is within ten days of the filing of the contest and that the time for hearing and determining the contest should be extended for twenty days pursuant to TEX. R. APP. P. 20.1.

IT IS THEREFORE, ORDERED that the time for hearing and determining the Contest to the Affidavit of Affiant to proceed in this matter without payment of the costs of appeal is extended for twenty days from the date of this Order. Case reset to _____.

SIGNED this _____ day of _____.

_____
JUDGE PRESIDING

| | | |
|---|---|---|
| CECILIA CLINKSCALE, Appellant, | §<br>§<br>§ | IN THE FIRST DISTRICT |
| VS. | §<br>§ | COURT OF APPEALS |
| LEIROI MICKELE' DANIELS, Appellee. | §<br>§<br>§ | HOUSTON, TEXAS |

## ORDER

On this _____ day of _____ 2015, came on for consideration *Motion For Rehearing En Banc*. The Court having reviewed the said *Motion* finds that it should be, and hereby is, _____.

It is so **ORDERED**.

Signed this _____ day of _____, 20 ____.

_____

JUDGE